DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## PARK AVENUE PARTNERS v. JOHNSON

No. 354P86.

Case below: 80 N.C. App. 537.

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## PEE DEE OIL CO. v. QUALITY OIL CO.

No. 268P86.

Case below: 80 N.C. App. 219.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## PHILBECK v. MORROW

No. 305P86.

Case below: 80 N.C. App. 337.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## RICE v. RICE

No. 420P86.

Case below: 81 N.C. App. 247.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

## ROANOKE CHOWAN HOUSING AUTHORITY v. VAUGHAN

No. 413P86.

Case below: 81 N.C. App. 354.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.